# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 28, 2014

147921-2

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

WILLIE HARPER,
      Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 147921-2
COA: 308639; 309330
Wayne CC: 10-011140-FC;
10-010259-FH

_____/

      On order of the Court, the application for leave to appeal the September 5, 2013 judgment of the Court of Appeals is considered. With regard to Court of Appeals Docket No. 308639, the application for leave to appeal is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. With regard to Court of Appeals Docket No. 309330, it appearing to this Court that the cases of *People v Earl* (Docket No. 145677) and *People v Cunningham* (Docket No. 147437) are pending on appeal before this Court and that the decisions in those cases may resolve issues raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2014



h0224

Clerk